## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**KEVIN HELFRICH, INDIVIDUALLY**
**AND ON BEHALF OF SIMILARY**
**SITUATED INDIVIDUALS;**

   *Plaintiff,*                                          **Case No.  SA-21-CV-00111-JKP**

**v.**

**FUELCO ENERGY LLC,**

   *Defendant.*

### O R D E R

Before the Court is the parties' Joint Motion for Dismissal with prejudice. *ECF No. 24.*

Upon this joint motion of the parties, this action is dismissed with prejudice pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close the case. The parties shall each

bear their own costs, attorneys' fees, and expenses.

   It is so ORDERED.
   SIGNED this 30th day of June, 2021.

JASON  PULLIAM
UNITED STATES DISTRICT JUDGE